1
2
3
4
5
6
7
8
9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

GILBERT GARCIA, JR.

       Petitioner,

      v.

DAVE DAVEY, Warden,

       Respondent.

Case No. CV 14-7959 PA (MRW)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the Judge's Supplemental Statement of Decision.  Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: February 15, 2017        _____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE